| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 17-16867-PMM**

TERRY JOHNSON
610 BYRAM STREET
READING  PA   19606

Petition Filed Date: 10/09/2017
341 Hearing Date: 12/19/2017
Confirmation Date: 04/19/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/2019 | $100.00 | | 03/04/2019 | $200.00 | | 04/29/2019 | $100.00 | |
| 08/07/2019 | $1,173.00 | | 08/19/2019 | $197.00 | | 09/27/2019 | $200.00 | Delinquency (C |
| 10/04/2019 | $25.00 | | 10/11/2019 | $25.00 | | 10/23/2019 | $25.00 | |
| 10/25/2019 | $25.00 | | 11/01/2019 | $25.00 | | 11/12/2019 | $25.00 | |
| 11/18/2019 | $25.00 | | 11/22/2019 | $25.00 | | 12/02/2019 | $25.00 | |
| 12/09/2019 | $25.00 | | 12/13/2019 | $25.00 | | 12/26/2019 | $25.00 | |
| 12/30/2019 | $25.00 | | 01/06/2020 | $25.00 | | 01/10/2020 | $25.00 | |
| 01/17/2020 | $25.00 | | 01/27/2020 | $25.00 | | 01/31/2020 | $25.00 | |
| 02/10/2020 | $25.00 | | 02/14/2020 | $25.00 | | 02/24/2020 | $25.00 | |
| 02/28/2020 | $25.00 | | 03/09/2020 | $25.00 | | 03/13/2020 | $25.00 | |
| 03/23/2020 | $25.00 | | 03/27/2020 | $25.00 | | 04/03/2020 | $25.00 | |
| 04/10/2020 | $25.00 | | 04/17/2020 | $25.00 | | 04/24/2020 | $25.00 | |
| 05/01/2020 | $25.00 | | 05/08/2020 | $25.00 | | 05/18/2020 | $25.00 | |
| 05/22/2020 | $25.00 | | 06/01/2020 | $25.00 | | 06/05/2020 | $25.00 | |
| 06/12/2020 | $25.00 | | 06/19/2020 | $25.00 | | 06/26/2020 | $25.00 | |
| 07/06/2020 | $25.00 | | 07/10/2020 | $25.00 | | 07/17/2020 | $25.00 | |
| 07/24/2020 | $25.00 | | 07/31/2020 | $25.00 | | 08/07/2020 | $25.00 | |

**Total Receipts for the Period: $3,095.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,136.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | OVATION SALES FINANCE TRUST<br>»» 006 | Unsecured Creditors | $10,223.77 | $221.68 | $10,002.09 |
| 2 | CAPITAL ONE AUTO FINANCE<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | FIRST NATIONAL BANK OMAHA<br>»» 001 | Unsecured Creditors | $1,869.03 | $35.33 | $1,833.70 |
| 8 | GREENSKY, LLC<br>»» 008 | Unsecured Creditors | $5,060.72 | $109.72 | $4,951.00 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $6,114.51 | $132.58 | $5,981.93 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $2,559.64 | $41.28 | $2,518.36 |
| 7 | MOMA FUNDING LLC<br>»» 007 | Unsecured Creditors | $593.53 | $0.00 | $593.53 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $781.84 | $16.95 | $764.89 |

**Chapter 13 Case No. 17-16867-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $5,187.45 | $112.49 | $5,074.96 |
| 5 | RUSHMORE LOAN MGMT SVCS LLC<br>»» 005 | Mortgage Arrears | $1,587.26 | $1,587.26 | $0.00 |
| 12 | MENDELSOHN & MENDELSOHN PC<br>»» 012 | Attorney Fees | $2,300.00 | $2,300.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,136.00 | Current Monthly Payment: | $197.00 |
| Paid to Claims: | $4,557.29 | Arrearages: | $842.00 |
| Paid to Trustee: | $456.43 | Total Plan Base: | $11,100.00 |
| Funds on Hand: | $122.28 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.