## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Terry Johnson                         :     Chapter 13
                Debtor            :     Bankruptcy No. 17-16867-pmm

### ORDER

AND NOW, upon the consideration of the Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329, and after notice and opportunity for hearing, it is hereby ORDERED and DECREED that the Fourth Amended Chapter 13 Plan is CONFIRMED.

BY THE COURT:

*(signed)* Patricia M. Mayer

**Date: November 19, 2020**

Patricia M. Mayer
United States Bankruptcy Judge