# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:   Terry Johnson                    :        Chapter 13
                    Debtor                :        Bankruptcy No. 17-16867-pmm

### ORDER

    AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan.

    IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,350.00 as legal fees from 10/8/20-10/19/20.  This amount may be paid by the Trustee to the extent provided for in the confirmed Plan.

BY THE COURT

Dated: 11/20/20

_Patricia M. Mayer_
_____
Patricia M. Mayer
U.S. Bankruptcy Judge