United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-16867-pmm |
| Terry Johnson | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Nov 20, 2020 | Form ID: pdf900 | Total Noticed: 5 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terry Johnson, 610 Byram Street, Reading, PA 19606-1607 |
| cr | + | Rushmore Loan Management Services LLC, PO Box 55004, Irvine, CA 92619-5004 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 21 2020 02:37:19 | Capital One Auto Finance, a division of Capital On, Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Nov 21 2020 02:36:08 | Capital One Auto Finance, a divison of Capital One, 4515 N Santa Fe Ave. Dept APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 21 2020 02:37:19 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020            Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2020 at the address(es) listed below:**

**Name                            Email Address**

District/off: 0313-4 | User: Adminstra | Page 2 of 2
Date Rcvd: Nov 20, 2020 | Form ID: pdf900 | Total Noticed: 5

BRENNA HOPE MENDELSOHN
on behalf of Debtor Terry Johnson tobykmendelsohn@comcast.net

DANIELLE BOYLE-EBERSOLE
on behalf of Creditor Rushmore Loan Management Services LLC debersole@hoflawgroup.com pfranz@hoflawgroup.com

KEVIN G. MCDONALD
on behalf of Creditor Union Home Mortgage Corp. bkgroup@kmllawgroup.com

MATTEO SAMUEL WEINER
on behalf of Creditor Union Home Mortgage Corp. bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

ROLANDO RAMOS-CARDONA
on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Terry Johnson                              :       Chapter 13
           Debtor                              :       Bankruptcy No. 17-16867-pmm

**ORDER**

AND NOW, upon consideration of the Supplemental Application for Compensation and Reimbursement of Expenses for Services Performed After Confirmation of Chapter 13 Plan.

IT IS HEREBY ORDERED that the Supplemental Application is APPROVED in the amount of $1,350.00 as legal fees from 10/8/20-10/19/20.  This amount  may be paid by the Trustee to the extent provided for in the confirmed Plan.

BY THE COURT

Dated: 11/20/20

_____
Patricia M. Mayer
U.S. Bankruptcy Judge