| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-16867-PMM**

TERRY  JOHNSON
610 BYRAM STREET
READING  PA    19606

Petition Filed Date: 10/09/2017
341 Hearing Date: 12/19/2017
Confirmation Date: 04/19/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/06/2020 | $25.00 | | 01/10/2020 | $25.00 | | 01/17/2020 | $25.00 | |
| 01/27/2020 | $25.00 | | 01/31/2020 | $25.00 | | 02/10/2020 | $25.00 | |
| 02/14/2020 | $25.00 | | 02/24/2020 | $25.00 | | 02/28/2020 | $25.00 | |
| 03/09/2020 | $25.00 | | 03/13/2020 | $25.00 | | 03/23/2020 | $25.00 | |
| 03/27/2020 | $25.00 | | 04/03/2020 | $25.00 | | 04/10/2020 | $25.00 | |
| 04/17/2020 | $25.00 | | 04/24/2020 | $25.00 | | 05/01/2020 | $25.00 | |
| 05/08/2020 | $25.00 | | 05/18/2020 | $25.00 | | 05/22/2020 | $25.00 | |
| 06/01/2020 | $25.00 | | 06/05/2020 | $25.00 | | 06/12/2020 | $25.00 | |
| 06/19/2020 | $25.00 | | 06/26/2020 | $25.00 | | 07/06/2020 | $25.00 | |
| 07/10/2020 | $25.00 | | 07/17/2020 | $25.00 | | 07/24/2020 | $25.00 | |
| 07/31/2020 | $25.00 | | 08/07/2020 | $25.00 | | 08/14/2020 | $25.00 | |
| 08/21/2020 | $25.00 | | 08/28/2020 | $25.00 | | 09/04/2020 | $25.00 | |
| 09/14/2020 | $25.00 | | 09/18/2020 | $25.00 | | 09/25/2020 | $25.00 | |
| 10/02/2020 | $25.00 | | 10/09/2020 | $25.00 | | 10/19/2020 | $25.00 | |
| 10/23/2020 | $25.00 | | 10/30/2020 | $25.00 | | 11/06/2020 | $25.00 | |
| 11/16/2020 | $25.00 | | 11/20/2020 | $25.00 | | 11/30/2020 | $25.00 | |
| 12/04/2020 | $25.00 | | 12/11/2020 | $25.00 | | 12/18/2020 | $25.00 | |
| 12/28/2020 | $25.00 | | 01/05/2021 | $25.00 | | 01/11/2021 | $25.00 | |
| 01/15/2021 | $25.00 | | 01/25/2021 | $25.00 | | 01/29/2021 | $25.00 | |
| 02/05/2021 | $25.00 | | 02/12/2021 | $25.00 | | 02/22/2021 | $25.00 | |
| 03/01/2021 | $25.00 | | 03/05/2021 | $25.00 | | 03/12/2021 | $25.00 | |
| 03/22/2021 | $25.00 | | 03/26/2021 | $25.00 | | 04/05/2021 | $25.00 | |
| 04/09/2021 | $25.00 | | 04/16/2021 | $25.00 | | 04/23/2021 | $25.00 | |
| 04/30/2021 | $25.00 | | 05/07/2021 | $25.00 | | 05/14/2021 | $25.00 | |
| 05/21/2021 | $25.00 | | 06/01/2021 | $25.00 | | 06/07/2021 | $25.00 | |

**Total Receipts for the Period:  $1,875.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,211.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 6 | OVATION SALES FINANCE TRUST<br>»» 006 | Unsecured Creditors | $10,223.77 | $299.80 | $9,923.97 |
| 2 | CAPITAL ONE AUTO FINANCE<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | FIRST NATIONAL BANK OMAHA<br>»» 001 | Unsecured Creditors | $1,869.03 | $54.80 | $1,814.23 |

**Chapter 13 Case No. 17-16867-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 8 | GREENSKY, LLC<br>»» 008 | Unsecured Creditors | $5,060.72 | $148.39 | $4,912.33 |
| 9 | LVNV FUNDING LLC<br>»» 009 | Unsecured Creditors | $6,114.51 | $179.30 | $5,935.21 |
| 10 | LVNV FUNDING LLC<br>»» 010 | Unsecured Creditors | $2,559.64 | $64.39 | $2,495.25 |
| 7 | MOMA FUNDING LLC<br>»» 007 | Unsecured Creditors | $593.53 | $17.39 | $576.14 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $781.84 | $16.95 | $764.89 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $5,187.45 | $152.13 | $5,035.32 |
| 5 | RUSHMORE LOAN MGMT SVCS LLC<br>»» 005 | Mortgage Arrears | $1,587.26 | $1,587.26 | $0.00 |
| 12 | MENDELSOHN & MENDELSOHN PC<br>»» 012 | Attorney Fees | $2,300.00 | $2,300.00 | $0.00 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,350.00 | $804.91 | $545.09 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $6,211.00 | | Current Monthly Payment: | $115.00 |
| Paid to Claims: | $5,625.32 | | Arrearages: | $70.00 |
| Paid to Trustee: | $540.68 | | Total Plan Base: | $8,121.00 |
| Funds on Hand: | $45.00 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.