United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-16867-pmm

Terry Johnson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3

Date Rcvd: Mar 23, 2022      Form ID: 138OBJ      Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terry Johnson, 610 Byram Street, Reading, PA 19606-1607 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14005711 | + | Cenlar FSB, c/o Matteo S. Weiner, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 13995508 | + | First Bankcard, PO BLX 2951, Omaha, NE 68103-2951 |
| 14003830 | + | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197-0002 |
| 13995509 | + | Fnb Omaha, Po Box 3412, Omaha, NE 68103-0412 |
| 13995510 | + | Greensky, PO BOX 530584, Atlanta, GA 30353-0584 |
| 14088266 | + | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |
| 14062434 | + | Ovation Sales Finance Trust, c/o Service Finance Co. LLC, 555 S. Federal Hwy, #200, Boca Raton, FL 33432-6033 |
| 14317648 | | Rushmore Loan Management Services LLC, P.O. Box 55004, Irvine, CA 92619 |
| 13995512 | + | Service Finance Compan, 555 S Federal Hwy Ste 20, Boca Raton, FL 33432-5505 |
| 13995513 | + | Service Finance Company LLC, PO BOX 645385, Cincinnati, OH 45264-5385 |
| 13995515 | + | Synovusbk/greensky, 1797 N East Expy Ne, Brookhaven, GA 30329-7803 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 23 2022 23:34:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 23 2022 23:34:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 23 2022 23:34:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13995503 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 23 2022 23:44:31 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 13995505 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Mar 23 2022 23:44:31 | Capital One Auto Finan, 3901 Dallas Pkwy, Plano, TX 75093-7864 |
| 13997542 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 23 2022 23:44:27 | Capital One Auto Finance, Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 13998410 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 23 2022 23:44:31 | Capital One Auto Finance, a division of, Capital One, N.A. Department, Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 14007590 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 23 2022 23:44:32 | Capital One Auto Finance, c/o AIS Portfolio Servic, 4515 N. Santa Fe Ave., Dept APS, Oklahoma City, OK 73118-7901 |
| 13995506 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 23 2022 23:44:27 | Credit One Bank Na, Po Box 98875, Las Vegas, |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 23, 2022 | Form ID: 138OBJ | Total Noticed: 37 |

| | | | | |
|---|---|---|---|---|
| | | | | NV 89193-8875 |
| 14072317 | + | Email/Text: bankruptcy@greenskycredit.com | Mar 23 2022 23:34:00 | Greensky LLC, 1797 North East Expressway Suite 100, Atlanta, GA 30329-2451 |
| 14073494 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2022 23:44:32 | LVNV Funding, LLC its successors and assigns as, assignee of HCG Consumer Credit II Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14073495 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 23 2022 23:44:28 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13995511 | + | Email/Text: bk@lendingclub.com | Mar 23 2022 23:34:00 | Lending Club Corp, 71 Stevenson, San Francisco, CA 94105-2934 |
| 14049579 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 23 2022 23:44:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14072244 | | Email/Text: bnc-quantum@quantum3group.com | Mar 23 2022 23:34:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13995514 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 23 2022 23:44:32 | Syncb/lowes, Po Box 965005, Orlando, FL 32896-5005 |
| 13996226 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 23 2022 23:44:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13995516 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 23 2022 23:34:00 | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 13995517 | | Email/Text: bankruptcydept@uhm.com | Mar 23 2022 23:34:00 | Union Home Mortgage Co, 8241 Dow Cir, Strongsville, OH 44136 |
| 14050932 | | Email/Text: bankruptcydept@uhm.com | Mar 23 2022 23:34:00 | Union Home Mortgage Corp., c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618 |
| 13995507 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Mar 23 2022 23:34:00 | Elan Financial Service, Po Box 108, Saint Louis, MO 63166 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13995504 | *+ | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 14552565 | *+ | Mendelsohn and Mendelsohn, P.C., 637 Walnut Street, Reading, PA 19601-3524 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 25, 2022          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Rushmore Loan Management Services LLC abonanni@hoflawgroup.com pfranz@hoflawgroup.com |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Terry Johnson tobykmendelsohn@comcast.net |
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor Rushmore Loan Management Services LLC dboyle-ebersole@orlans.com PABKAttorneyecf@orlans.com |
| KARINA VELTER | on behalf of Creditor Rushmore Loan Management Services LLC kvelter@hoflawgroup.com ckohn@hoflawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Union Home Mortgage Corp. bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Union Home Mortgage Corp. bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Terry Johnson
     Debtor(s)

Case No: 17−16867−pmm

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/23/22

60 − 58
Form 138OBJ